IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-72,593-01






EX PARTE MARIEL NUNEZ GONZALES, Applicant






ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. 01-CR-538-B

IN THE 138TH JUDICIAL DISTRICT COURT 

FROM CAMERON COUNTY





 Per curiam.


O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. Ex
parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated
assault with a deadly weapon and sentenced to ten years' imprisonment. 

 The trial court made findings of fact and conclusions of law and recommended that relief be
denied.

 After a review of the record, we adopt the trial court's findings and conclusions, except for
conclusion of law #4. Based on the trial court's findings and conclusions and our own review, we
deny relief.

Filed: September 30, 2009

Do not publish